AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 17-6003-BSS |
| | ) | |
| Esteban Santiago Ruiz, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/06/2017__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 37(a)(1) | Performing an act of violence against a person at an airport serving international civil aviation that caused serious bodily injury, in violation of 18 U.S.C. § 37(a)(1); |
| 18 U.S.C. § 924(c)(1)(A) | Using and carrying a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A); and |
| 18 U.S.C. § 924(j) | Causing the death of a person through the use of a firearm in the course of a violation of 18 U.S.C. § 924(c). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Michael A. Ferlazzo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan. 7, 2016

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Honorable Barry S. Seltzer, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, Michael A. Ferlazzo, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. Among my duties as an FBI Special Agent, I am responsible for the investigation of violations of federal law, including federal laws related to national security. I am currently assigned to the FBI's Joint Terrorism Task Force (JTTF), where my primary responsibilities include the investigation of terrorism offenses, including those impacting the security of airports and civil aviation.

2. This Affidavit is in support of a complaint charging ESTEBAN SANTIAGO RUIZ ("SANTIAGO") with violations of: 1) Title 18, United States Code, Section 37(a)(1), performing an act of violence against a person at an airport serving international civil aviation that caused serious bodily injury; 2) Title 18, United States Code, Section 924(c)(1)(A), using and carrying a firearm during and in relation to a crime of violence; and 3) Title 18, United States Code, Section 924(j), causing the death of a person through the use of a firearm in the course of a violation of Title 18, United States Code, Section 924(c).

3. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge or investigation into this matter.

4. According to investigative sources, including eyewitness interviews, on January 6, 2017, at approximately 12:56 p.m., SANTIAGO was present in the Terminal 2 baggage claim area of the Fort Lauderdale-Hollywood International Airport in Fort Lauderdale, Florida, when he pulled out a handgun. The area was crowded with newly-arrived passengers retrieving their

luggage. SANTIAGO fired approximately ten to fifteen rounds of ammunition from his firearm, aiming at his victims' heads. He was described as walking while shooting in a methodical manner. SANTIAGO killed at least five people and wounded approximately six more. At one point, he exited the Terminal 2 baggage area onto the sidewalk and then re-entered, still carrying the handgun. Moments later, SANTIAGO was approached by a Broward County Sheriff's Office (BSO) deputy. SANTIAGO dropped the handgun on the ground, in lock-back, meaning that all the ammunition had been fired, and dropped to the floor. SANTIAGO did not attempt to escape and was arrested by BSO deputies.

5. After receiving Miranda warnings, SANTIAGO agreed to be interviewed by BSO and FBI personnel. During the interview, SANTIAGO advised that he had planned the attack, purchasing a one-way airline ticket for travel from Anchorage, Alaska, to Fort Lauderdale, Florida, via Minneapolis, Minnesota. SANTIAGO had checked baggage consisting of a box containing a Walther 9mm semi-automatic handgun and two magazines. SANTIAGO advised that upon arrival in Fort Lauderdale, he claimed the box and took it into a men's restroom in Terminal 2, near baggage claim. SANTIAGO stated that he entered a stall, removed the gun from the box, loaded it, and put it in his waistband. He then left the men's restroom and shot the first people he encountered. SANTIAGO emptied his first magazine, then reloaded and shot until the second magazine too was out of bullets. He believes he shot approximately fifteen rounds before his arrest.

6. I have learned from other law enforcement agents that video surveillance footage at Fort Lauderdale-Hollywood International Airport has been seized and will be analyzed. Accounts of the initial review of the video surveillance footage by a law enforcement agent corroborate the witness interviews and SANTIAGO's confession.

7. From my training and experience, I know that Fort Lauderdale-Hollywood International Airport is an airport serving international civil aviation.

8. Based on the foregoing, there is probable cause to believe that ESTEBAN SANTIAGO RUIZ committed the following violations of federal law: 1) Title 18, United States Code, Section 37(a)(1), performing an act of violence against a person at an airport serving international civil aviation that caused serious bodily injury; 2) Title 18, United States Code, Section 924(c)(1)(A), using and carrying a firearm during and in relation to a crime of violence; and 3) Title 18, United States Code, Section 924(j), causing the death of a person through the use of a firearm in the course of a violation of Title 18, United States Code, Section 924(c).

FURTHER AFFIANT SAYETH NAUGHT.

_____
MICHAEL A. FERLAZZO
Special Agent, Federal Bureau of Investigation

Sworn and subscribed to before
me this 7th day of January, 2017.

_____
THE HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA