FILED by\_\_\_\_DD\_\_\_ D.C.

Jan 26, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60022-CR-BLOOM/VALLE

18 U.S.C. § 37(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(j)(1)

UNITED STATES OF AMERICA

v.

ESTEBAN SANTIAGO-RUIZ,

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Violence at an International Airport Resulting in Death
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against Mary Louise Amzibel, a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused the death of said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 2
**Violence at an International Airport Resulting in Death**
**18 U.S.C. § 37(a)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against Michael John Oehme, a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused the death of said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 3
**Violence at an International Airport Resulting in Death**
**18 U.S.C. § 37(a)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against Olga M. Woltering, a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused the death of said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 4
### Violence at an International Airport Resulting in Death
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against Shirley Wells Timmons, a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused the death of said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 5
### Violence at an International Airport Resulting in Death
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against Terry Michael Andres, a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused the death of said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 6
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against J.S., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 7
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against B.G., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 8
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

### ESTEBAN SANTIAGO-RUIZ,

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against C.S.T., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 9
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

### ESTEBAN SANTIAGO-RUIZ,

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against C.P., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 10
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

### ESTEBAN SANTIAGO-RUIZ,

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against K.K.O., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 11
### Violence at an International Airport Resulting in Serious Bodily Injury
### 18 U.S.C. § 37(a)(1)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

### ESTEBAN SANTIAGO-RUIZ,

did unlawfully and intentionally use a weapon, that is, a Walther 9-millimeter pistol, to perform an act of violence against E.A., a person at Fort Lauderdale-Hollywood International Airport, an airport serving international civil aviation, that endangered and was likely to endanger safety at said airport, and that caused serious bodily injury to said person, in violation of Title 18, United States Code, Section 37(a)(1).

## COUNT 12
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused death, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendant, through the use of said firearm, willfully, deliberately, maliciously, and with premeditation and malice aforethought, caused the death of a person named Mary Louise Amzibel, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 13
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused death, in

violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendant, through the use of said firearm, willfully, deliberately, maliciously, and with premeditation and malice aforethought, caused the death of a person named Michael John Oehme, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Section 924(j)(1).

### COUNT 14
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused death, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendant, through the use of said firearm, willfully, deliberately, maliciously, and with premeditation and malice aforethought, caused the death of a person named Olga M. Woltering, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 15
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused death, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendant, through the use of said firearm, willfully, deliberately, maliciously, and with premeditation and malice aforethought, caused the death of a person named Shirley Wells Timmons, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 16
**Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c)**
**18 U.S.C. §§ 924(c)(1)(A) and 924(j)(1)**

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused death, in

violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 5 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A), and in the course of this violation, the defendant, through the use of said firearm, willfully, deliberately, maliciously, and with premeditation and malice aforethought, caused the death of a person named Terry Michael Andres, which killing was murder, as defined in Title 18, United States Code, Section 1111, in violation of Title 18, United States Code, Section 924(j)(1).

## COUNT 17
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 6 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## COUNT 18
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 7 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## COUNT 19
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 8 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## COUNT 20
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 9 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## COUNT 21
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious

bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 10 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## COUNT 22
### Use of a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)(1)(A)

On or about January 6, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ESTEBAN SANTIAGO-RUIZ,**

did knowingly use a firearm, that is, a Walther 9-millimeter pistol, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, namely, performing an act of violence at an airport serving international civil aviation that caused serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), as charged in Count 11 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

Pursuant to Title 18, United States Code, Section 924(c)(1)(A)(iii), it is further alleged that said firearm was discharged.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **ESTEBAN SANTIAGO-RUIZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 37, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to

Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3.  Upon conviction of a violation of Title 18, United States Code, Section 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and/or ammunition involved in or used in such violation.

4.  The property which is subject to forfeiture includes, but is not limited to, the following: One (1) Walther 9-millimeter pistol, which was seized from the defendant on or about January 6, 2017.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), and the procedures outlined at Title 21, United States Code, Section 853, all of which is made applicable by Title 28, United States Code, Section 2461(c).

## NOTICE OF SPECIAL FINDINGS

The Grand Jury finds that:

Pursuant to Chapter 288 (Sections 3591 through 3599) of Title 18 of the United States Code, the following factors exist regarding defendant **ESTEBAN SANTIAGO-RUIZ** and his commission of the offenses charged in Counts 1 through 5 and 12 through 16 of the Indictment, the allegations of which are fully re-alleged and incorporated herein by this reference.

A.  <u>Statutory Factors Enumerated Under Title 18, United States Code, Section 3591(a).</u>

1.  <u>Defendant's Age.</u>  Defendant **ESTEBAN SANTIAGO-RUIZ** was 18 years of age or older at the time he committed the offense. Title 18, United States Code, Section 3591(a).

2. <u>Defendant's Mental State</u>.

a. Defendant **ESTEBAN SANTIAGO-RUIZ** intentionally killed Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael Andres. Title 18, United States Code, Section 3591(a)(2)(A).

b. Defendant **ESTEBAN SANTIAGO-RUIZ** intentionally inflicted serious bodily injury that resulted in the death of Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael Andres. Title 18, United States Code, Section 3591(a)(2)(B).

c. Defendant **ESTEBAN SANTIAGO-RUIZ** intentionally participated in an act, contemplating that a life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael Andres died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(C).

d. Defendant **ESTEBAN SANTIAGO-RUIZ** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael Andres died as a direct result of the act. Title 18, United States Code, Section 3591(a)(2)(D).

B. <u>Statutory Factors Enumerated Under Title 18, United States Code, Section 3592(c)</u>.

1. <u>Death During Commission of Another Crime</u>. The deaths of Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael

Andres occurred during the performance of an act of violence against a person at an airport serving international civil aviation that causes death and serious bodily injury, in violation of Title 18, United States Code, Section 37(a)(1), by defendant **ESTEBAN SANTIAGO-RUIZ.** Title 18, United States Code, Section 3592(c)(1).

2. <u>Grave Risk of Death to Additional Persons</u>. Defendant **ESTEBAN SANTIAGO-RUIZ**, in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the victims of the offense. Title 18, United States Code, Section 3592(c)(5).

3. <u>Substantial Planning and Premeditation</u>. Defendant **ESTEBAN SANTIAGO-RUIZ** committed the offense after substantial planning and premeditation to cause the death of a person, which resulted in the deaths of Mary Louise Amzibel, Michael John Oehme, Olga M. Woltering, Shirley Wells Timmons, and Terry Michael Andres. Title 18, United States Code, Section 3592(c)(9).

4. <u>Vulnerability of Victims</u>. The victims Mary Louise Amzibel, Olga M. Woltering, and Shirley Wells Timmons were particularly vulnerable due to old age. Title 18, United States Code, Section 3592(c)(11).

5. <u>Multiple Killings or Attempted Killings</u>.  Defendant **ESTEBAN SANTIAGO-RUIZ** intentionally killed and attempted to kill more than one person in a single criminal episode. Title 18, United States Code, Section 3592(c)(16).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
RICARDO A. DEL TORO
ASSISTANT UNITED STATES ATTORNEY

FOR: _____
LAWRENCE D. LaVECCHIO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

ESTEBAN SANTIAGO-RUIZ,            **CERTIFICATE OF TRIAL ATTORNEY**

                    **Defendant.**
_____/   **Superseding Case Information:**

**Court Division:** (Select One)        New Defendant(s)          Yes ____ No ____
                                        Number of New Defendants  ____
____ Miami    ____ Key West             Total number of counts    ____
_X_ FTL       ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect  _____

4. This case will take   20   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days    ____                  Petty    ____
   II   6 to 10 days   ____                  Minor    ____
   III  11 to 20 days   X                    Misdem.  ____
   IV   21 to 60 days  ____                  Felony    x
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.                17-MJ-06003-BSS
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of    1/06/2017
   Defendant(s) in state custody as of      _____
   Rule 20 from the                          _____

   Is this a potential death penalty case? (Yes or No)    Yes

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes  _x_ No

_____
RICARDO A. DEL TORO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.957585

*Penalty Sheet(s) attached                                         REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ESTEBAN SANTIAGO-RUIZ

**Case No**: _____

Counts #: 1-5

Violence at an International Airport Causing Death

Title 18, United States Code, Section 37(a)(1)

**\*Max. Penalty:** Death or Life Imprisonment

Counts #: 6-11

Violence at an International Airport Causing Serious Bodily Injury

Title 18, United States Code, Section 37(a)(1)

**\* Max. Penalty**: Twenty Years' Imprisonment

Counts #: 12-16

Causing Death of a Person in the Course of Violation of 18 U.S.C. § 924(c)

Title 18, United States Code, Section 924(j)(1)

**\*Max. Penalty:** Death or Life Imprisonment

Counts #: 17-22

Use of Firearm During Crime of Violence

Title 18, United States Code, Section 924(c)(1)(A)

**\*Max. Penalty:** Life Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**