```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

                  17-60022-CR-BLOOM/VALLE


UNITED STATES OF AMERICA,    )
                             )
         PLAINTIFF,          )
                             )
      VS.                    )
                             )
ESTEBAN SANTIAGO RUIZ,       )
                             )
         DEFENDANT.          )
_____)

              (TRANSCRIPT BY DIGITAL RECORDING)


       TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
HONORABLE ALICIA O. VALLE, IN FORT LAUDERDALE, BROWARD COUNTY,
FLORIDA, ON JANUARY 9, 2017, IN THE ABOVE-STYLED MATTER.



APPEARANCES:

FOR THE GOVERNMENT:   RICARDO A. DEL TORO, A.U.S.A.
                      ADAM FELS, A.U.S.A.
                      99 NE 4 STREET, SUITE 620
                      MIAMI, FL 33132 - 305 961-9182

FOR THE DEFENDANT:    ROBERT BERUBE, A.F.P.D.
                      ONE EAST BROWARD BOULEVARD, SUITE 1100
                      FORT LAUDERDALE, FL 33301 - 954 356-7436


            CARL SCHANZLEH, RPR - CM
            CERTIFIED COURT REPORTER
              9960 SW 4TH STREET
            PLANTATION, FLORIDA 33324
                 954 424-6723
```

```
 1  (FORT LAUDERDALE, BROWARD COUNTY, FLORIDA;  JANUARY 9, 2017, IN
 2  OPEN COURT.)
 3          THE CLERK:  CALLING CASE NUMBER 17-6003-SELTZER,
 4  UNITED STATES VERSUS ESTEBAN SANTIAGO RUIZ.
 5          MR. DEL TORO:  GOOD MORNING, YOUR HONOR.  RICK
 6  DEL TORO AND ADAMS FELS ON BEHALF OF THE UNITED STATES.
 7          THE COURT:  GOOD MORNING, GENTLEMEN.
 8          AND, MR. SANTIAGO, GOOD MORNING TO YOU, SIR.
 9          PLEASE USE THE MICROPHONE.
10          THE DEFENDANT:  GOOD MORNING.
11          THE COURT:  MR. SANTIAGO, YOU SPEAK AND UNDERSTAND
12  ENGLISH AND YOU DON'T NEED TO HAVE A COURT INTERPRETER, IS THAT
13  CORRECT?
14          THE DEFENDANT:  YES.
15          THE COURT:  AND YOU UNDERSTAND, CORRECT?
16          THE DEFENDANT:  YES.
17          THE COURT:  ALL RIGHT.  THANK YOU, SIR.  GOOD MORNING.
18          YOU ARE HERE THIS MORNING, MR. SANTIAGO, -- I'M GOING
19  TALK TO YOU IN A MINUTE.
20          YOU ARE HERE THIS MORNING, MR. SANTIAGO, FOR AN
21  INITIAL APPEARANCE ON A CRIMINAL COMPLAINT THAT THE GOVERNMENT
22  HAS CHARGED -- HAS FILED AGAINST YOU.
23          WHAT I WOULD LIKE TO DO FIRST BEFORE EXPLAINING TO YOU
24  THE NATURE OF THE CHARGES AND THE PENALTIES THAT YOU FACE IS
25  BASICALLY EXPLAIN TO YOU YOUR RIGHTS IN CONNECTION WITH YOUR
```

```
 1  APPEARANCE IN COURT THIS MORNING AND GOING FORWARD.
 2          DO YOU UNDERSTAND THAT, MR. SANTIAGO?
 3          THE DEFENDANT:  YES.
 4          THE COURT:  ALL RIGHT.  IF AT ANY POINT THERE IS
 5  ANYTHING THAT YOU DON'T UNDERSTAND, OR YOU WISH ME TO REPEAT,
 6  OR WHATEVER, JUST LET ME KNOW AND I WILL MAKE SURE TO REPHRASE
 7  IT TO TRY TO HELP YOU UNDERSTAND.
 8          DO YOU UNDERSTAND THAT, SIR?
 9          THE DEFENDANT:  YES.
10          THE COURT:  ALL RIGHT.  FIRST OF ALL, LIKE I SAID, I
11  WANT TO ADVISE YOU OF YOUR RIGHTS IN CONNECTION WITH YOUR
12  APPEARANCE.
13          FIRST OF ALL, SIR, YOU HAVE THE RIGHT TO REMAIN
14  SILENT.  ANYTHING THAT YOU SAY CAN BE USED AGAINST YOU.
15          DO YOU UNDERSTAND THAT, SIR?
16          THE DEFENDANT:  YES.
17          THE COURT:  YOU HAVE THE RIGHT TO HAVE A LAWYER TO
18  REPRESENT YOU AT THIS PROCEEDING AND ALL AT FUTURE PROCEEDINGS
19  BEFORE THE COURT.
20          DO YOU UNDERSTAND THAT, SIR?
21          THE DEFENDANT:  YES.
22          THE COURT:  IF YOU CANNOT AFFORD TO HIRE YOUR OWN
23  LAWYER THEN THE COURT CAN APPOINT A LAWYER FOR YOU FREE OF
24  CHARGE IF YOU MEET CERTAIN FINANCIAL CONDITIONS.
25          DO YOU UNDERSTAND THAT, SIR?
```

```
 1            THE DEFENDANT:  YES.
 2            THE COURT:  IN ORDER TO DETERMINE WHETHER OR NOT YOU
 3   MEET THOSE FINANCIAL CONDITIONS FOR THE APPOINTMENT OF A FREE
 4   LAWYER, I WOULD HAVE TO ASK YOU QUESTIONS UNDER OATH ABOUT YOUR
 5   FINANCES.
 6            DO YOU UNDERSTAND THAT, SIR?
 7            THE DEFENDANT:  YES.
 8            THE COURT:  NOT ABOUT YOUR GUILT, OR YOUR INNOCENCE,
 9   OR ANYTHING TO DO WITH THE CHARGES BUT SOLELY ABOUT YOUR
10   FINANCES AND YOUR ABILITY TO PAY FOR A LAWYER.
11            DO YOU UNDERSTAND THAT, SIR?
12            THE DEFENDANT:  YES.
13            THE COURT:  AGAIN, AS I SAID BEFORE, YOU HAVE THE
14   RIGHT TO REMAIN SILENT.  SO YOU DON'T HAVE TO ANSWER MY
15   QUESTIONS.  BUT IF YOU CHOOSE TO ANSWER MY QUESTIONS ABOUT YOUR
16   FINANCES YOU ARE FREE TO STOP AT ANY TIME.
17            DO YOU UNDERSTAND THAT, SIR?
18            THE DEFENDANT:  YES.
19            THE COURT:  THE ONLY THING YOU SHOULD NOT DO IS LIE
20   BECAUSE IF YOU LIE UNDER OATH, AND YOU WILL BE UNDER OATH, YOU
21   COULD BE SUBJECT TO A SEPARATE AND ADDITIONAL PROSECUTION FOR
22   PERJURING.
23            DO YOU UNDERSTAND THAT, SIR?
24            THE DEFENDANT:  YES.
25            THE COURT:  YOU ARE ENTITLED TO HAVE A BOND HEARING OR
```

```
 1  A DETENTION HEARING IF THE GOVERNMENT REQUESTS THAT YOU BE
 2  DETAINED PENDING TRIAL IN THIS MATTER.
 3          DO YOU UNDERSTAND THAT, SIR?
 4          THE DEFENDANT:  YES.
 5          THE COURT:  AT THAT TIME, WHETHER AT A BOND HEARING OR
 6  A DETENTION HEARING, I WOULD MAKE THE DETERMINATION OF WHETHER
 7  YOU WOULD BE RELEASED ON BOND OR WHETHER YOU WOULD BE DETAINED
 8  PENDING TRIAL.
 9          DO YOU UNDERSTAND THAT, SIR?
10          THE DEFENDANT:  YES.
11          THE COURT:  IF I RELEASE YOU ON BOND YOU ARE SUBJECT
12  TO ARREST AND REVOCATION OF RELEASE IF YOU VIOLATE ANY OF THE
13  CONDITIONS THAT I MAY SET ALONG WITH A CASH BOND.
14          DO YOU UNDERSTAND THAT, SIR?
15          THE DEFENDANT:  YES.
16          THE COURT:  IF YOU HAVE NOT BEEN INDICTED, AND IN YOUR
17  CASE YOU HAVE NOT BEEN, YOU'RE APPEARING HERE PURSUANT TO A
18  CRIMINAL COMPLAINT, YOU HAVE THE RIGHT TO WHAT'S CALLED A
19  PRELIMINARY HEARING WITHIN 14 DAYS OF YOUR APPEARANCE IN COURT
20  TODAY IF I DETAIN YOU, OR WITHIN 21 DAYS OF YOUR APPEARANCE IN
21  COURT IF I RELEASE YOU ON BOND.
22          DO YOU UNDERSTAND THAT, SIR?
23          THE DEFENDANT:  YES.
24          THE COURT:  AT THAT PRELIMINARY HEARING THE GOVERNMENT
25  WOULD HAVE TO PRESENT EVIDENCE TO SHOW THAT THERE IS PROBABLE
```

1  CAUSE THAT A CRIME WAS COMMITTED AND THAT YOU WERE THE PERSON
2  WHO HE COMMITTED THE CRIME.
3          DO YOU UNDERSTAND THAT, SIR?
4          THE DEFENDANT:  YES.
5          THE COURT:  LASTLY, THERE IS NO NEED FOR SUCH A
6  HEARING IF INSTEAD WITHIN THOSE 14 OR 21 DAYS THE GOVERNMENT
7  INSTEAD PRESENTS EVIDENCE TO A GRAND JURY AND THE GRAND JURY
8  RETURNS A CHARGING DOCUMENT CALLED AN INDICTMENT AGAINST YOU.
9          DO YOU UNDERSTAND THAT, SIR?
10         THE DEFENDANT:  YES.
11         THE COURT:  ARE YOU A UNITED STATES CITIZEN,
12 MR. SANTIAGO?
13         THE DEFENDANT:  YES.
14         THE COURT:  DO YOU UNDERSTAND, SIR, THE RIGHTS THAT I
15 HAVE JUST ADVISED YOU OF?
16         THE DEFENDANT:  YES.
17         THE COURT:  ALL RIGHT.  NOW, WHAT I WANT TO DO IS
18 BASICALLY TURN TO THE CHARGES THAT ARE PENDING AGAINST YOU.
19         AS I SAID BEFORE, THE GOVERNMENT FILED A CRIMINAL
20 COMPLAINT WHICH WAS DATED JANUARY 7TH, AND IN THAT COMPLAINT
21 THE GOVERNMENT ALLEGES THAT ON OR ABOUT JANUARY 6 OF 2017, ON
22 FRIDAY, YOU COMMITTED VARIOUS OFFENSES.
23         IN PARTICULAR THEY CHARGED YOU WITH THREE COUNTS, 18,
24 UNITED STATES CODE, SECTION 37(A)(1), WHICH IS PERFORMING AN
25 ACT OF VIOLENCE AGAINST A PERSON AT AN AIRPORT, AN

1  INTERNATIONAL AIRPORT, CAUSING SERIOUS BODILY INJURY.

2         ALSO 18, USC, SECTION 924(C)(1)(A), WHICH IS USING AND
3  CARRYING A FIREARM DURING AND IN RELATION TO A CRIME OF
4  VIOLENCE.

5         AND LASTLY, 18, USC, SECTION 924(J), WHICH IS CAUSING
6  THE DEATH OF A PERSON THROUGH THE USE OF A FIREARM IN THE
7  COURSE OF THAT CRIME OF VIOLENCE.

8         THOSE ARE THE THREE CHARGES.

9         MR. DEL TORO, CAN YOU PLEASE ADVISE MR. SANTIAGO AND
10 THE COURT OF THE MAXIMUM PENALTIES IF HE WERE TO BE CONVICTED
11 OF THOSE THREE OFFENSES.

12        MR. DEL TORO:  YES, YOUR HONOR.

13        WITH RESPECT TO TITLE 18, UNITED STATES CODE, SECTION
14 37(A)(1), THE MAXIMUM PENALTY COULD BE LIFE IMPRISONMENT, A
15 TERM OF YEARS, OR CAPITAL PUNISHMENT, DEATH.

16        WITH RESPECT TO TITLE 18, UNITED STATES CODE, SECTION
17 924(C)(1)(A), THERE IS A MANDATORY MINIMUM SENTENCE OF 10 YEARS
18 IMPRISONMENT AND A MAXIMUM SENTENCE OF LIFE.

19        WITH RESPECT TO THE OFFENSE OF TITLE 18, UNITED STATES
20 CODE, SECTION 924(J), THE MAXIMUM PENALTY COULD BE LIFE
21 IMPRISONMENT, A TERM OF YEARS OR DEATH AS A CAPITAL CRIME.

22        THE COURT:  THANK YOU VERY MUCH, MR. DEL TORO.

23        MR. SANTIAGO, THOSE ARE THE MAXIMUM PENALTIES WHICH
24 THE GOVERNMENT HAS ANNOUNCED.

25        BOTTOM LINE AS TO THE PERFORMING AN ACT OF VIOLENCE AT

1  AN INTERNATIONAL AIRPORT RESULTING IN SERIOUS BODILY INJURY,
2  AND THE LAST ONE WHICH IS CAUSING DEATH, THE MAXIMUM PENALTY
3  FOR THOSE OFFENSES IF YOU WERE TO BE CONVICTED IS DEATH AS A
4  CAPITAL OFFENSE.
5         FOR THE SECOND OFFENSE, THE USING AND CARRYING A
6  FIREARM, YOU'RE LOOKING AT A POSSIBLE MAXIMUM OF LIFE.
7         THEY ARE TELLING YOU THE MAXIMUM PENALTIES ALLOWED BY
8  LAW, SIR, SO THAT YOU UNDERSTAND THE SERIOUSNESS OF THE CHARGES
9  AGAINST YOU.  IT IS NOT A PREDICTION OF WHAT ACTUAL SENTENCE
10 YOU MIGHT RECEIVE IF YOU WERE TO BE CONVICTED.
11         DO YOU UNDERSTAND THE DIFFERENCE, SIR?
12         THE DEFENDANT:  YES.
13         THE COURT:  ALL RIGHT.  MR. SANTIAGO, I ADVISED YOU
14 PREVIOUSLY THAT YOU HAVE THE RIGHT TO HAVE A LAWYER TO
15 REPRESENT YOU.
16         DO YOU HAVE A LAWYER, SIR, TO REPRESENT YOU HERE
17 TODAY?
18         THE DEFENDANT:  NO.
19         THE COURT:  MR. SANTIAGO, DO YOU HAVE THE MONEY TO
20 HIRE YOUR OWN LAWYER?
21         THE DEFENDANT:  NO.
22         THE COURT:  WOULD YOU LIKE ME TO ASK YOU THE QUESTIONS
23 THAT I DISCUSSED PREVIOUSLY UNDER OATH TO SEE IF YOU QUALIFY
24 FOR THE APPOINTMENT OF THE LAWYER?
25         THE DEFENDANT:  YES.

```
 1            THE COURT:  ALL RIGHT.  NOW, AS I SAID TO YOU BEFORE,
 2   IN ORDER FOR ME TO DO THAT THE COURTROOM DEPUTY IS GOING TO
 3   PLACE YOU UNDER OATH AND I'M GOING TO ASK YOU QUESTIONS ABOUT
 4   YOUR FINANCES.  NOT ABOUT YOUR GUILT, OR YOUR INNOCENCE, OR
 5   ANYTHING ABOUT THE (UNINTELLIGIBLE) OF THIS CASE, JUST ABOUT
 6   YOUR FINANCES.
 7            DO YOU UNDERSTAND THAT, SIR?
 8            THE DEFENDANT:  YES.
 9            THE COURT:  I REMIND YOU THAT IF YOU CHOOSE TO ANSWER
10   MY QUESTIONS YOU ARE FREE TO STOP ANSWERING AT ANY TIME.
11            DO YOU UNDERSTAND THAT, SIR?
12            THE DEFENDANT:  YES.
13            THE COURT:  THE ONLY THING YOU SHOULD NOT DO IS LIE,
14   BECAUSE IF YOU LIE UNDER OATH YOU ARE SUBJECT TO A SECOND
15   PROSECUTION FOR PERJURY WHICH IS LYING UNDER OATH.
16            DO YOU UNDERSTAND THAT, SIR?
17            THE DEFENDANT:  YES.
18            THE COURT:  UNDERSTANDING ALL OF THAT, DO YOU WISH ME
19   TO PROCEED, PLACE YOU UNDER OATH AND ASK YOU QUESTIONS SOLELY
20   ABOUT YOUR FINANCES?
21            THE DEFENDANT:  YES.
22            THE COURT:  OKAY.  WE WILL DO THAT.
23            THE CLERK:  MR. SANTIAGO, PLEASE RAISE YOUR RIGHT
24   HAND.
25            (DEFENDANT SWORN)
```

```
 1            THE DEFENDANT:  YES.
 2            THE COURT:  MR. SANTIAGO, GIVE ME A SECOND, SIR, TO
 3   READ A REPORT THAT IS PREPARED BY THE PRETRIAL SERVICES OFFICE
 4   AND I WILL BE RIGHT WITH YOU.
 5            ALL RIGHT.  MR. SANTIAGO, I'M GOING ASK YOU A SERIES
 6   OF QUESTIONS ABOUT YOUR FINANCES.  OKAY?
 7            THE DEFENDANT:  YES.
 8            THE COURT:  IF YOU DON'T UNDERSTAND ANY OF MY
 9   QUESTIONS LET ME KNOW AND I WILL REPHRASE IT.
10            LET'S START WITH YOUR EMPLOYMENT, SIR.  ARE YOU
11   CURRENTLY WORKING?
12            THE DEFENDANT:  NO.
13            THE COURT:  WHEN WAS THE LAST TIME THAT YOU WORKED?
14            THE DEFENDANT:  NOVEMBER.
15            THE COURT:  WHERE DID YOU WORK?
16            THE DEFENDANT:  ALASKA.
17            THE COURT:  I'M SORRY.  CAN YOU REPEAT THAT?
18            OH.  ALASKA.
19            THE DEFENDANT:  YES.
20            THE COURT:  OKAY.  WHERE DID YOU WORK IN ALASKA?
21            THE DEFENDANT:  SIGNAL 88, ANCHORAGE.
22            THE COURT:  SIGNAL 88?
23            THE DEFENDANT:  THE TOWN OF ANCHORAGE, YES.
24            THE COURT:  AT THE TOWN OF ANCHORAGE?
25            THE DEFENDANT:  CITY, YES.
```

```
 1             THE COURT:  THE NAME OF THE COMPANY WAS CALLED SIGNAL
 2   88?
 3             THE DEFENDANT:  CORRECT.
 4             THE COURT:  AND WHAT KIND OF COMPANY WAS THAT, SIR?
 5             THE DEFENDANT:  IT'S A SECURITY COMPANY.
 6             THE COURT:  WHAT DID YOU DO THERE?
 7             THE DEFENDANT:  SECURITY OFFICER.
 8             THE COURT:  HOW LONG DID YOU WORK AS A SECURITY
 9   OFFICER AT SIGNAL 88?
10             THE DEFENDANT:  ALMOST TWO YEARS.
11             THE COURT:  NOW, HOW MUCH DID YOU MAKE WOULD YOU SAY
12   ON A MONTHLY BASIS AS A SECURITY OFFICER DURING THOSE TWO
13   YEARS?
14             THE DEFENDANT:  MONTHLY?
15             THE COURT:  AH-HUH.
16             THE DEFENDANT:  TWELVE HUNDRED.
17             THE COURT:  IS THAT (UNINTELLIGIBLE) DOLLARS A MONTH?
18             THE DEFENDANT:  (NO RESPONSE)
19             THE COURT:  PRIOR TO WORKING AT SIGNAL 88 WHERE DID
20   YOU WORK?
21             THE DEFENDANT:  THE ARMY.
22             THE COURT:  OKAY.  HOW LONG WERE YOU IN THE ARMY FOR,
23   SIR?
24             THE DEFENDANT:  AROUND 10 YEARS.
25             THE COURT:  ALL RIGHT.  AND DURING THAT PERIOD OF TIME
```

```
 1  THAT YOU WERE IN THE ARMY WHATEVER MONEY YOU MADE WAS COMING
 2  FROM YOUR ARMED FORCES PAY?
 3          THE DEFENDANT:  YES.
 4          THE COURT:  OKAY.  AND APPROXIMATELY HOW MUCH WERE YOU
 5  MAKING LET'S SAY DURING THE LAST THREE YEARS IN THE ARMY?
 6          THE DEFENDANT:  THE LAST THREE YEARS?  FIFTEEN
 7  THOUSAND I'LL SAY.
 8          THE COURT:  A YEAR?
 9          THE DEFENDANT:  (NO RESPONSE)
10          THE COURT:  IS THAT CORRECT, SIR?
11          THE DEFENDANT:  YES.
12          THE COURT:  APPROXIMATELY.
13          THE DEFENDANT:  YES.
14          THE COURT:  SO FOR THE LAST THREE YEARS APPROXIMATELY
15  FIFTEEN THOUSAND EACH YEAR, CORRECT?
16          THE DEFENDANT:  YES.
17          THE COURT:  OKAY.  LET'S TURN TO ANY PROPERTY.
18  DO YOU OWN ANY PROPERTY IN ALASKA?
19          THE DEFENDANT:  NO.
20          THE COURT:  SO YOU DON'T OWN A HOME, OR A CONDO, OR
21  ANYTHING LIKE THAT.
22          THE DEFENDANT:  NO.
23          THE COURT:  HOW ABOUT A (UNINTELLIGIBLE)
24          THE DEFENDANT:  NO.
25          THE COURT:  OR ANYWHERE ELSE IN THE UNITED STATES.
```

```
 1              THE DEFENDANT:  NO.
 2              THE COURT:  SO NO REAL ESTATE, NO HOME OR LAND.
 3              THE DEFENDANT:  NO.
 4              THE COURT:  DO YOU OWN A CAR OR A TRUCK?
 5              THE DEFENDANT:  NO.
 6              THE COURT:  NOT AT ALL.
 7              THE DEFENDANT:  NO.
 8              THE COURT:  DO YOU OWN ANY OTHER KIND OF VEHICLE?
 9              THE DEFENDANT:  NO.
10              THE COURT:  MOTORCYCLES OR ANYTHING?
11              THE DEFENDANT:  NO.
12              THE COURT:  DO YOU HAVE A BANK ACCOUNT, MR. SANTIAGO?
13              THE DEFENDANT:  YES.
14              THE COURT:  WHAT KIND OF BANK ACCOUNT DO YOU HAVE?
15              THE DEFENDANT:  CHECKING.
16              THE COURT:  BESIDES THE CHECKING ACCOUNT DO YOU HAVE A
17   SAVINGS ACCOUNT?
18              THE DEFENDANT:  IN THE SAME ACCOUNT?  YES.
19              THE COURT:  OKAY.  APPROXIMATELY HOW MUCH MONEY DO YOU
20   HAVE IN YOUR SAVINGS AND CHECKING ACCOUNTS?
21              THE DEFENDANT:  FIVE.  FIVE DOLLARS, TEN DOLLARS.
22              THE COURT:  BESIDES THE MONEY THAT YOU HAVE IN THAT
23   BANK ACCOUNT, DO YOU HAVE ANY MONEY ELSEWHERE STORED?
24              THE DEFENDANT:  NO.
25              THE COURT:  FOR EXAMPLE, SOME PEOPLE KEEP MONEY IN
```

1  THEIR HOMES UNDER A MATTRESS, IN A SAVE DEPOSIT BOX.  DO YOU

2  HAVE ANY MONEY SAVED OTHER THAN IN A BANK?

3          THE DEFENDANT:  NO.

4          THE COURT:  DO YOU HAVE ANY ASSETS VALUED AT FIVE

5  THOUSAND DOLLARS OR MORE?

6          THE DEFENDANT:  NO.

7          THE COURT:  FOR EXAMPLE, DO YOU HAVE ANY EXPENSIVE

8  JEWELRY, A GOLD WATCH, FANCY NECKLACE, ANYTHING LIKE THAT?

9          THE DEFENDANT:  NO.

10         THE COURT:  DO YOU HAVE ANY ARTWORK OR ANYTHING LIKE

11 THAT?

12         THE DEFENDANT:  NO.

13         THE COURT:  DO YOU HAVE ANY OTHER INCOME FROM ANY

14 OTHER SOURCE THAT I HAVE NOT ASKED YOU ABOUT?

15         THE DEFENDANT:  NO.

16         THE COURT:  HOW MUCH DO YOU PAY IN MONTHLY RENT?

17         THE DEFENDANT:  IT WAS LIKE FIVE HUNDRED AND SIXTY.

18         THE COURT:  FIVE HUNDRED AND FIFTY DOLLARS A MONTH?

19         THE DEFENDANT:  AND SIXTY.

20         THE COURT:  FIVE SIXTY.  AND IS THAT A -- ARE YOU

21 SHARING THE RENT PAYMENTS WITH ANYONE ELSE OR WAS THAT THE FULL

22 AMOUNT OF RENT OWED?

23         THE DEFENDANT:  THE FULL AMOUNT.

24         THE COURT:  BESIDES YOUR RENTAL PAYMENT DO YOU HAVE

25 ANY OTHER EXPENSES LIKE CHILD SUPPORT, MEDICAL CARE, OR

```
 1  ANYTHING LIKE THAT?
 2          THE DEFENDANT:  NO.
 3          THE COURT:  CREDIT CARD BILLS?
 4          THE DEFENDANT:  NO.
 5          THE COURT:  PHONE BILL, ANYTHING?
 6          THE DEFENDANT:  YES.
 7          THE COURT:  WHAT DO YOU HAVE?
 8          THE DEFENDANT:  PHONE BILL.
 9          THE COURT:  YOUR MONTHLY PHONE BILL, THE NORMAL USE
10  AGE?
11          THE DEFENDANT:  FIFTY.
12          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH,
13  MR. SANTIAGO.
14          ANY OTHER SOURCES OF INCOME THAT I HAVEN'T ASKED YOU
15  ABOUT?
16          THE DEFENDANT:  NO.
17          THE COURT:  ALL RIGHT.  THANK YOU.
18          I AM SATISFIED THAT THE DEFENDANT CANNOT AFFORD TO
19  HIRE PRIVATE COUNSEL AND I WILL APPOINT THE PUBLIC DEFENDER'S
20  OFFICE TO REPRESENT HIM.
21          MR. BERUBE:  GOOD MORNING, YOUR HONOR.  ROBERT BERUBE
22  ON BEHALF OF MR. SANTIAGO.
23          THE COURT:  MR. BERUBE, GOOD MORNING, SIR.
24          MR. SANTIAGO, MR. BERUBE IS WITH THE PUBLIC DEFENDER'S
25  OFFICE AND HE HAS BEEN A POINTED TO REPRESENT YOU.
```

```
 1              THE GOVERNMENT'S, POSITION ON BOND?
 2              MR. DEL TORO:  YOUR HONOR, WE REQUEST PRETRIAL
 3   DETENTION BASED ON DANGER AND RISK OF FLIGHT.
 4              AND JUDGE, WE ARE GOING TO ASK FOR (INAUDIBLE) DAY FOR
 5   A PRETRIAL DETENTION HEARING.
 6              THE COURT:  MR. BERUBE, IS THAT SUFFICIENT FOR YOU,
 7   SIR?
 8              MR. BERUBE:  COULD I SPEAK WITH MR. SANTIAGO FIRST?
 9              THE COURT:  ABSOLUTELY.
10              MR. BERUBE:  YOUR HONOR, REGARDING THE DETENTION
11   HEARING WE WOULD REQUEST FIVE DAYS.
12              THE COURT:  ALL RIGHT.  THANK YOU.
13              SO WE WILL SET THE DETENTION HEARING -- MY COURTROOM
14   DEPUTY JUST ADVISED ME THAT FIVE DAYS TAKES US TO MONDAY WHICH
15   IS A HOLIDAY.  SO WE WILL HAVE TO SET IT FOR TUESDAY BEFORE
16   JUDGE SNOW WHO WILL BE THE DUTY MAGISTRATE THAT DAY AT ONE P.M.
17              ANYTHING FURTHER?
18              ANYTHING FROM THE GOVERNMENT?
19              MR. DEL TORO:  NOTHING FROM THE UNITED STATES, JUDGE.
20              THE COURT:  THANK YOU.
21              MR. DEL TORO:  THANK YOU, JUDGE.
22              THE COURT:  THANK YOU.
23              MR. DEL TORO:  OH.  YOUR HONOR, ONE FURTHER QUESTION.
24              COULD WE HOLD ON TO THE PRETRIAL SERVICES REPORT
25   PENDING THE PRETRIAL DETENTION HEARING?
```

```
 1            THE COURT:  YES.  YOU BOTH MAY.
 2            AS WELL, I JUST WANT TO NOTE FOR THE RECORD THAT THE
 3  PRELIMINARY HEARING OR ARRAIGNMENT IS TENTATIVELY SET FOR
 4  JANUARY 23, MONDAY.  OF COURSE, IT DEPENDS ON WHAT HAPPENS
 5  GOING FORWARD.  AND THAT'S AT ELEVEN BEFORE JUDGE HUNT.
 6            ALL RIGHT.  THANK YOU.
 7            MR. DEL TORO:  THANK YOU, YOUR HONOR.
 8                            - - -
```

C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 17 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 3RD DAY OF FEBRUARY 2017.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
CERTIFIED COURT REPORTER
9960 SW 4TH STREET
PLANTATION, FL 33324
TELEPHONE 954 424-6723