**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-60022-CR-BLOOM**

**UNITED STATES OF AMERICA**

**vs.**

**ESTEBAN SANTIAGO-RUIZ,**

     **Defendant.**

                                /

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

THIS CAUSE is before the Court upon the United States of America's Motion for Protective Order, ECF No. [26], regulating disclosure of the discovery materials and the sensitive information contained therein (the "Discovery") to defense counsel in connection with the government's discovery obligations. The Defendant consent to the Motion and the Court finding good cause, it is:

**ORDERED AND ADJUDGED** that the United States of America's Motion for Protective Order, ECF No. [26], is **GRANTED**;

The government is authorized to disclose the Discovery in its possession, which the government believes is necessary to comply with the discovery obligations imposed by this Court. Defense counsel shall hold the discovery materials in strict confidence, disclosing this information to the client, office staff, investigators, and witnesses (including any experts) only to the extent necessary to assist in the defense of this matter. Defense counsel shall advise any person to whom the discovery materials are disclosed (including the Defendant) that, pursuant to this Protective Order, the information must be held in strict confidence and the recipient may not further disclose or

disseminate the information;

Defense counsel shall obtain a certification from each person to whom the discovery materials are disclosed, in which the recipient (a) acknowledges the restrictions set forth in the Protective Order, and (b) agrees that he/she will not disclose or disseminate the information without the express-written consent of defense counsel (who will also obtain a certification from such a third party receiving the materials).   Counsel shall keep a copy of each certification to identify the individuals who received the discovery materials and the date on which such information was first disclosed.[1]

At the conclusion of the litigation of this case, after trial, sentencing, direct appeal, collateral review and related appeals, if any, defense counsel shall return to the prosecutor assigned to the case at that time all the discovery materials previously provided in this case and any copies generated.

**DONE AND ORDERED** in chambers at Miami, Florida, this 17th day of March, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Cc: All Counsel of Record

---

[1]        A certification to be used is attached hereto as Attachment A.

# Attachment A

## **CERTIFICATION**

I, _____, acknowledge that I have read the Court's Protective Order
      (Name of Recipient)

in the case of *United States v. Esteban Santiago-Ruiz*, **17-60022-CR-BB**.   I also have been

advised by _____, that I will be viewing materials that contains sensitive
      (Name of Counsel)

information.   I also have been advised that such information should be held in strict confidence,

should only be used in connection with the investigation and trial preparation of this case and that

further disclosure, dissemination, or use is prohibited without defense counsel's express written

consent.


_____        _____
Signature                                                  Date


-------------------------------------------------


I, _____, have provided _____ with a copy of the
    (Name of Counsel)                (Name of Recipient)

Court's Protective Order.  I also have advised the Recipient of his/her obligations under this

Order.


_____        _____
Signature                                                    Date