UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-60022-CR-BLOOM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ESTEBAN SANTIAGO-RUIZ,

        Defendant.
_____/

**DEFENDANT SANTIAGO-RUIZ'S STATUS REPORT**

The Defendant, Esteban Santiago-Ruiz, through undersigned counsel, files this status report to address issues likely to be raised at the Status Conference scheduled for April 21, 2017, and states that:

The undersigned are of course cognizant of the Court's concerns about Mr. Santiago-Ruiz's continued competency to stand trial.  Accordingly, they and the other members of the "defense" team, including the "member qualified by training and experience to screen individuals for the presence of mental or psychological disorders or impairments",[1] strongly adhere to their self-imposed schedule to visit with him at a minimum twice weekly.  While these sessions of course have multiple purposes, one of the primary ones is to monitor Mr. Santiago-Ruiz's mental condition.  The members of the "team" are unanimous in their opinion that he is

---

[1] American Bar Association's "Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases" § 4A1.2 (2003).

faring well under his current medication regimen and is thus capable of assisting them properly in his defense.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER<br>By: *s/Hector Dopico*<br>Hector A. Dopico<br>Florida Bar No.: 161380<br>150 W. Flagler Street, Suite 1700<br>Miami, Florida 33130-1556<br>Tel: (305) 533-4255<br>Fax: (305) 536-4559<br>E-mail: Hector_Dopico@fd.org | MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER<br>By: *s/Eric Cohen*<br>Eric M. Cohen<br>Florida Bar No. 328065<br>150 W. Flagler Street, Suite 1700<br>Miami, Florida 33130-1556<br>Tel: (305) 533-4191<br>Fax: (305) 536-4559<br>E-Mail: Eric_Cohen@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

   s/ Eric M. Cohen
Eric M. Cohen