**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-60022-CR-BLOOM**

**UNITED STATES OF AMERICA**

vs.

**ESTEBAN SANTIAGO-RUIZ,**

    **Defendant.**
_____/

**GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this First Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    A copy of any written or recorded[1] statements made by the defendant are attached.

                 Wherever the words "are/is attached" are used in this discovery response, they mean that the discovery materials have been provided to the defense counsel and/or are available for inspection and copying.

          5.    Books, papers, documents, photographs, tangible objects, and visual depictions of victims, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants are attached. Additional discovery relating to the charged offenses is attached. As a courtesy, the government is also providing additional agency reports, which are not discoverable.

                 The attachments to this discovery response are not necessarily copies of all

---

[1] Audio-recordings of some of the defendant's jail telephone calls and a call to a travel agency are attached.

1

        the books, papers, physical evidence, documents, etc., that the government may intend to introduce at trial.

B.      DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      Any information or material within the Government's control which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976), is attached.

The attachments to this response consist of one DVD, which is labeled "Disc #11" containing discovery materials. The table of contents provided to defense counsel details the contents of the disc. Please contact the undersigned Assistant United States Attorney if any pages or other discovery materials are missing.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   *s/ Ricardo A. Del Toro*
RICARDO A. DEL TORO
Assistant United States Attorney
National Security Section
Florida Bar No. 0957585
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9182
Fax: (305) 536-4675
"Ricardo.Del.Toro@usdoj.gov"

cc:    SA Michael Ferlazzo
SA Daniel Gaitan
SA Mathew Schempp

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by CM/ECF on April 19, 2017.

*s/ Ricardo A. Del Toro*
RICARDO A. DEL TORO
Assistant United States Attorney