

Stan J. Caterbone
**ADVANCED MEDIA GROUP**
Freedom From Covert Harassment &
Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA   17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-528-2200

April 13, 2017

THE HONORABLE JUDGE BETH BLOOM
UNITED STATES DISTRICT COURT
United States Courthouse
299 East Broward Boulevard, Chambers 207B
Fort Lauderdale, FL   33301
(305) 523-5690

re:   NOTARIZED - TRUMP ADMINISTRATION - U.S. SPONSORED MIND CONTROL SETTLEMENT by Stan J. Caterbone and Advanced Media Group April 12, 2017©

**ERIC COHEN, Federal Public Defender for Esteban Santiago, Ft. Lauderdale Shooter**

Dear Judge Bloom,

Just to follow up on my last correspondence of April 10, 2017.  Enclosed is my **"NOTARIZED - TRUMP ADMINISTRATION - U.S. SPONSORED MIND CONTROL SETTLEMENT by Stan J. Caterbone and Advanced Media Group April 12, 2017©"** for your review and considerations.  Please note that there are 2 portions of the document that were hacked by someone, and need to be clarified.  First, my age is 58, not 57.  Secondly the subject matter on page 5 should read as the title above.  **You will find my NOTORIZED AFFIDAVIT regarding my victimization on page 5.**  The notary is original.

If you have any questions, please call at (717) 598-2200.

Respectfully,

Stan J. Caterbone, Pro Se Litigant
ADVANCED MEDIA GROUP
Freedom From Covert Harassment & Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA   17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-528-2200

**Notice and Disclaimer:** Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel (And the Torture from U.S. Sponsored Mind Control)?

## ACTIVE COURT CASESACTIVE COURT CASES

- **J.C. No. 03-16-90005** Office of the Circuit Executive, United States Third Circuit Court of Appeals - COMPLAINT OF JUDICIALMISCONDUCT OR DISABILITY re 15-3400 and 16-1149; **03-16-900046 re ALL FEDERAL LITIGATION TO DATE**
- **U.S. Supreme Court Case No. 16-6822 PETITION FOR WRIT OF CERTIORARI** re Case No. 16-1149 MOVANT for Lisa Michelle Lambert
- **U.S.C.A. Third Circuit Court of Appeals** Case No. 16-3284; Case No. 16-1149 **MOVANT for Lisa Michelle Lambert;**15-3400 **MOVANT for Lisa Michelle Lambert;;** 16-1001; 07-4474
- **U.S. District Court Eastern District of PA Case No. 17-01233 Chapter 11 Appeal for 17-10615; Case No. 17-0867 Preliminary Injunction from Middle District; Case No. 16-4014 CATERBONE v. United States, et.al.**; Case No. 16-cv-49; 15-03984; 14-02559 **MOVANT for Lisa Michelle Lambert;** 05-2288; 06-4650, 08-02982;
- **U.S. District Court Middle District of PA Case No. 16- 2513 INJUNCTION; Case No. 16-cv-1751 PETITION FOR HABEUS CORPUS**
- **Commonwealth of Pennsylvania Judicial Conduct Board – Case No. 2016-462** Complaint against Lancaster County Court of Common Pleas **Judge Leonard Brown III**
- **Pennsylvania Supreme** Court Case No. 353 MT 2016; 354 MT 2016; 108 MM 2016 **Amicus for Kathleen Kane**
- **Superior Court of Pennsylvania 3575 EDA 2016 Amicus for Kathleen Kane; Summary Appeal** Case No. CP-36-SA-0000219-2016, **AMICUS for Kathleen Kane Case No. 1164 EDA 2016**; Case No. 1561 MDA 2015; 1519 MDA 2015; **16-1219 Preliminary Injunction Case of 2016**
- **Lancaster County Court of Common Pleas** Case No. 16-05815 Injunction; Case No. 16-08472 INJUNCTION re Pain Meds; Case No. 15-10167 Film Commission; Case No. 08-13373; 15-10167; 06-03349, CI-06-03401
- **U.S. Bankruptcy Court for The Eastern District of Pennsylvania Case No. 17-10615;** Case No. 16-10157

 

**Stan J. Caterbone**
**ADVANCED MEDIA GROUP**
Freedom From Covert Harassment &
Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA  17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-528-2200

# TO THE TRUMP ADMINISTRATION
# U.S. SPONSORED MIND CONTROL VICTIMIZATION SETTLEMENT

### by Stan J. Caterbone and Advanced Media Group
### April 12, 2017©.

**When will the United States of America Settle with Targeted Individuals and Victims of U.S. Sponsored Mind Control?**

**The United States would provide $100,000 per year for documented Targeted Individuals, payable in the form of an annuity with survivor benefits.**

1. The United States would provide a $10 Million Lump Sum for Suspicious or Accidental Death.
2. The United States would provide Medical Benefits for life.
3. The United States would provide an extra layer of security by law enforcement for persons, property, identity, and cybersecurity of targeted individuals.
4. The United States newly formed U.S. Task Force for Targeted Individuals would take a random sampling of 200 Targeted Individuals Cases Including Affidavits and Documentation. They would then develop a baseline for evidence and required documentation.
5. Settlement is fair considering the following case law:
   - Erin Andrews Awarded $55 Million in Peephole Video Lawsuit
   - Andrews sought $75 million from the owner of the Nashville Marriott at Vanderbilt University, where she was staying in 2008 when the incident occurred, and Michael David Barrett, the stalker who booked hotel rooms next to her in Nashville and Columbus, Ohio, and secretly recorded (via a peephole) and released videos of her naked. Barrett, whom the jury found to be 51% at fault, has to pay more than $28 million. Nashville Marriott owner West End Hotel Partners and former operator Windsor Capital Group, which were found to be 49% at fault, have to pay more than $26 million.

### This is my story – (Authored in 2009)

Advanced Media Group and Stan J. Caterbone are Targeted and Victims of U.S. Sponsored Mind Control Experimentation Programs. We have been engaged in RECLAMATION; (assets; real estate; personal and business real property; intellectual property; and business interests) LITIGATION; and RESEARCH since 2005 in federal and state courts. All activities are for the purpose of restoring Advanced Media Group and all affiliated companies and Stan J. Caterbone to WHOLE.

Stan J. Caterbone was recently accepted into the Graduate Studies and Research Program at Millersville University in April of 2009 where a more formal research approach to mind control and MKULTRA programs will be studied. Other studies will be considered in the areas of law; finance; computer science; and philosophy.

Stan J. Caterbone and Advanced Media Group are not able to continue it's litigation until it's security needs are satisfied and it's computer/electronic property is returned and/or replaced.

Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel?

In 2015 Stan J. Caterbone and the Advanced Media Group filed an Amicus Curie Brief on behalf of Lisa Michelle Lambert who was convicted in 1992 of the murder of Laurie Show, both of Lancaster, Pennsylvania. I currently am in litigation in the U.S. Third Circuit Court of Appeals and in February of 2016 Lisa Michelle Lambert published her book titled "Corruption in Lancaster County – My Story", which is available in bookstores and on Amazon.com. I am in frequent contact with her co-author, Dave Brown of Philadelphia, Pennsylvania.

In 2009 Stan J. Caterbone and the Advanced Media Group Proposed an ORGANIZED STALKING AND DIRECTED ENERGY WEAPONS HARASSMENT BILL to Pennsylvania House of Representative Mike Sturla (Lancaster, Pennsylvania) and City of Lancaster Mayor Richard Gray in 2009. The draft legislation is the work of Missouri House of Representative Jim Guest, who has

been working on helping victims of these horrendous crimes for years. The bill will provide protections to individuals who are being harassed, stalked, harmed by surveillance, and assaulted; as well as protections to keep individuals from becoming human research subjects, tortured, and killed by electronic frequency devices, directed energy devices, implants, and directed energy weapons.  I again reintroduced the bill to the Pennsylvania General Assembly in 2015 and frequented the Pennsylvania Capitol trying to find support and a sponsor; which I still do to this day.

In 2005 Stan J. Caterbone and the Advanced Media Group, as a Pro Se Litigant filed several civil actions as Plaintiffs in the United States District Court for the Eastern District of Pennsylvania, the United States Third District Court of Appeals, the Pennsylvania Supreme Court, The Pennsylvania Superior Court, the Commonwealth Court of Pennsylvania, The Court of Common Pleas of Lancaster County, Pennsylvania. These litigations included violations of intellectual property rights, anti-trust violations, and interference of contracts relating to several business interests, harassment, extortion, fraud, etc.,. . Central to this litigation is the Digital Movie, Digital Technologies, Financial Management Group, Ltd,/FMG Advisory, Ltd., and it's affiliated businesses along with a <u>Federal False Claims Act or Federal Whistleblowers Act regarding the firm of International Signal and Control, Plc., (ISC) the $1Billion Dollar Fraud and the Export violations of selling arms to South Africa and Iraq. This litigation dates back to 1987.</u> In 1987 I Stan J. Caterbone microfiched some 10,000 pages of documents that prove this story without any doubt.  Stan J. Caterbone and the Advanced Media Group also have recorded conversations of persons and government officials.

_[signature]_

Stan J. Caterbone, Pro Se Litigant
ADVANCED MEDIA GROUP
Freedom From Covert Harassment & Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA   17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
717-528-2200

Notice and Disclaimer: Stan J. Caterbone and the Advanced Media Group have been slandered, defamed, and publicly discredited since 1987 due to going public (Whistle Blower) with allegations of misconduct and fraud within International Signal & Control, Plc. of Lancaster, Pa. (ISC pleaded guilty to selling arms to Iraq via South Africa and a $1 Billion Fraud in 1992). Unfortunately we are forced to defend our reputation and the truth without the aid of law enforcement and the media, which would normally prosecute and expose public corruption. We utilize our communications to thwart further libelous and malicious attacks on our person, our property, and our business. We continue our fight for justice through the Courts, and some communications are a means of protecting our rights to continue our pursuit of justice. Advanced Media Group is also a member of the media. Reply if you wish to be removed from our Contact List. How long can Lancaster County and Lancaster City hide me and Continue to Cover-Up my Whistle Blowing of the ISC Scandel (And the Torture from U.S. Sponsored Mind Control)?

**ACTIVE COURT CASES**

- **J.C. No. 03-16-90005** Office of the Circuit Executive, United States Third Circuit Court of Appeals - **COMPLAINT OF JUDICIALMISCONDUCT OR DISABILITY** re 15-3400 and 16-1149; **03-16-900046 re ALL FEDERAL LITIGATION TO DATE**
- **U.S. Supreme Court Case No. 16-6822 PETITION FOR WRIT OF CERTIORARI re** Case No. 16-1149 MOVANT for Lisa Michelle Lambert
- **U.S.C.A. Third Circuit Court of Appeals** Case No. 16-3284; Case No. 16-1149 **MOVANT for Lisa Michelle Lambert**;15-3400 **MOVANT for Lisa Michelle Lambert;**; 16-1001; 07-4474
- **U.S. District Court Eastern District of PA Case No. 17-01233 Chapter 11 Appeal for 17-10615; Case No. 17-0867 Preliminary Injunction from Middle District; Case No. 16-4014 CATERBONE v. United States, et.al.**; Case No. 16-cv-49; 15-03984; 14-02559 **MOVANT for Lisa Michelle Lambert;** 05-2288; 06-4650, 08-02982;
- **U.S. District Court Middle District of PA Case No. 16- 2513 INJUNCTION; Case No. 16-cv-1751 PETITION FOR HABEUS CORPUS**
- **Commonwealth of Pennsylvania Judicial Conduct Board – Case No. 2016-462** Complaint against Lancaster County Court of Common Pleas **Judge Leonard Brown III**
- **Pennsylvania Supreme** Court Case No. 353 MT 2016; 354 MT 2016; 108 MM 2016 **Amicus for Kathleen Kane**
- **Superior Court of Pennsylvania 3575 EDA 2016 Amicus for Kathleen Kane; Summary Appeal** Case No. CP-36-SA-0000219-2016, **AMICUS for Kathleen Kane Case No. 1164 EDA 2016**; Case No. 1561 MDA 2015; 1519 MDA 2015; **16-1219 Preliminary Injunction Case of 2016**
- **Lancaster County Court of Common Pleas** Case No. 16-05815 Injunction; Case No. 16-08472 INJUNCTION re Pain Meds; Case No. 15-10167 Film Commission; Case No. 08-13373; 15-10167; 06-03349, CI-06-03401
- **U.S. Bankruptcy Court for The Eastern District of Pennsylvania Case No. 17-10615;** Case No. 16-10157

 

Stan J. Caterbone
**ADVANCED MEDIA GROUP**
Freedom From Covert Harassment &
Surveillance,®
Registered in Pennsylvania
1250 Fremont Street
Lancaster, PA   17603
www.amgglobalentetainmentgroup.com
stancaterbone@gmail.com
**717-669-2163**

## STATUTORY DECLARATION

**GEICO ADVANTAGE INSURANCE COMPANY**
**CLAIM NUMBER – 055746172-0101-030**
**LOSS DATE – JANUARY 28, 2017**
**POLICYHOLDER – STANLEY CATERBONE**

State of **PENNSYLVANIA** )

)S.S.

County of **LANCASTER**    )

I, **STANLEY J. CATERBONE OF LANCASTER PENNSYLVANIA**, DO SOLEMNLY DECLARE THAT:

My current legal name is, Stan(ley) J. Caterbone and my current address is, 1250 Fremont Street, Lancaster, PA   17603 . I am presently 58 years of age, and my current address of residence is same as before. I, the **AFFIANT** submits and writes these statements of and on my own free will and on behalf of myself, Stan J. Caterbone.

**I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** states that I have been tortured by U.S. Sponsored Mind Control technologies; and have experienced the following;  burns, directed high levels of energy being subjected to my body, private parts, heart, head, spine, joints, etc. **I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** states that I have been attacked by (individuals, police, military, and intelligence agents, etc.) I the **AFFIANT** states that I have made formal police reports to: **Lancaster City Police, Manheim Township Police, Southern Regional Police, Federal Bureau of Investigation, U.S. Attorney Office, Pennsylvania Attorney Office, Lancaster County District Attorney, Lancaster City Mayor and Office**, I have contacted the **Pennsylvania Attorney General, Joe Pitts Office, Mike Sturla' Office, Senator Arlen Specter, and Bob Casey and former senator Edward Kennedy; Brian Cutler, and Ryan Aument**, and countless other members of the Pennsylvania General Assembly, and receive no support, just

involuntary psychiatric commitments, and the endorsement and the support for my perpetrators to continue the assaults.

**I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** have, been arrested, forcibly placed in a mental hospital, physically harmed, assaulted by countless officials, military, and civilians. **I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** states that my life has been ruined as I am no longer employable, I am workplace mobbed, my work is being damaged, my family is being threatened, etc.

**I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** am or have become a victim of (torture, attacks, assaults, harassment, sexual abuse, police abuse, government funded technology abuse, etc., and am now aware that these technologies are being funded by the United States government with most of these technologies being developed for war are also now being tested and evaluated per Department of Defense Directive 5240.1-r – Procedure 13 – Human Experimentation (on U.S. Persons and others) for Intelligence Purposes. As a human being and with Human Rights I have not given approval for the use or abuse of my body in any form to anyone or to any entity within or outside of the United States government to include any corporation, researcher, scientist, military agency or anyone affiliated within or outside of any agency, corporation or individual that has resulted in the harms that my body, life, property, career and or finances have endured. To further state that military training documents such as the Department of Defense Joint Targeting Publication https://www.aclu.org/files/dronefoia/dod/drone_dod_jp3_60.pdf; DOD Joint Targeting of Individual and Groups that involves the United States 'Joint Chiefs of Command' and the United States (HHS) Health and Human Services involvement, an agency that oversee the medical records of every citizen along with citizens who are being used illegally for testing and evaluation of war technologies;

**I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** of this Affidavit do object to such treatment and abuse of my body and life. In addition to the above noted military training documents that is resulting in the harm to myself and to millions of citizens of this country I do as well object to the Department of Defense Directive 5240.1-r – Procedure 13 that has resulted in the destruction of my health as will where this document has existed for decades with no oversight yet it still exists as a published and available document resulting in harm to myself and millions of citizens. The chapter 13 reads as follows:

**C13. CHAPTER 13 PROCEDURE 13. EXPERIMENTATION ON HUMAN SUBJECTS FOR INTELLIGENCE PURPOSES**

**C13.1. APPLICABILITY** This procedure applies to experimentation on human subjects if such experimentation is conducted by or on behalf of a DoD intelligence component. This procedure does not apply to experimentation on animal subjects.

**C13.2. EXPLANATION OF UNDEFINED TERMS   C13.2.1.** Experimentation in this context means any research or testing activity involving human subjects that may expose such subjects to the possibility of permanent or temporary injury (including physical or psychological damage and damage to the reputation of such persons) beyond the risks of injury to which such subjects are ordinarily exposed in their daily lives.

**C13.2.2. Experimentation** is conducted on behalf of a DoD intelligence component if it is conducted under contract to that component or to another DoD Component for the benefit of the intelligence component or at the request of such a component regardless of the existence of a contractual relationship.

**C13.2.3. Human subjects** in this context includes any person whether or not such person is a United States person.  C13.3. PROCEDURES C13.3.1. Experimentation on human subjects conducted by or on behalf of a DoD intelligence component may be undertaken only with the informed consent of the subject, in accordance with guidelines issued by the Department of Health and Human Services, setting out conditions that safeguard the welfare of such subjects. *DoD 5240.1-R, December 1982* 58

**Settlements for Victimizations and Torture From U.S. Sponsored Mind Control Technologies and Programs**

**I, Stan J. Caterbone and the Advanced Media Group, the AFFIANT** hereby state that the information above is true, to the best of my knowledge. I also confirm that the information here is both accurate and complete, and relevant information has not been omitted. (1) For an individual acting in his or her own right I set forth my signature: **All statements made are of my own knowledge and are true and that all statements made on information and belief are believed to be true.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12th day of APRIL, 2017.

SUBSCRIBED AND SWORN TO  )

BEFORE ME, on the  )

12th day of APRIL, 2017  )

)

)

_____  )  _____
NOTARY PUBLIC              )  STAN J. CATERBONE

)

My Commission expires:

MAY 15 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PEGGY A. SLOAD, Notary Public
Lancaster City, Lancaster County
My Commission Expires May 15, 2018

Stan Caterbone
1250 Fremont St.
Lancaster, PA 17603

U.S. POSTAGE PAID
LANCASTER, PA 17604
APR 13, 17
AMOUNT
$4.05
R2304M112852-19

CERTIFIED MAIL

7014 3490 0000 2337 3800

The Honorable Judge Beth Bloom
U.S. District Court
U.S. Courthouse
299 East Broward Blvd.
Chambers 207B
Ft. Lauderdale, FL 33301