UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-60022-CR-BLOOM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ESTEBAN SANTIAGO-RUIZ,
        Defendant.
_____/

## DEFENDANT SANTIAGO-RUIZ'S STATUS REPORT

The Defendant, Esteban Santiago-Ruiz, through undersigned counsel, files this status report to address issues likely to be raised at the Status Conference scheduled for June 9, 2017, and states that:

Competency

Consistent with the American Bar Association's "Guidelines for the Appointment and Performance of Death Counsel in Death Penalty Cases" (2003), Mr. Santiago-Ruiz's defense "team" currently consists of four attorneys, two fact investigators, a mitigation specialist and a consultant "qualified by training and experience to screen individuals for the presence of mental or psychological disorders or impairments". *Id.* at § 4A1.2. Since the most recent Status Conference here,[1] all counsel, the mitigation specialist and one of the fact investigators have maintained their self-imposed twice weekly visitation schedule.[2]

---

[1] April 21, 2017.
[2] The mental health consultant's attempt to meet with the Defendant on June 5, 2017 was thwarted because of an electrical malfunction resulting in an inability to open and close doors at the Federal Detention Center. She left on a family vacation

1

As before, all believe that despite Mr. Santiago-Ruiz's mental illness, he retains an understanding of the "nature and consequences of the proceedings against him" and remains capable to "assist properly in his defense."  18 U.S.C. § 4241(d).  And although the mental health consultant was unable to meet with the Defendant, the medical staff at the Federal Detention Center, who have had several contacts with the Defendant since the April 21 proceeding, have confirmed that he is "oriented to person, place, time and situation" and "without overt symptoms of psychosis."

Discovery

In compliance with the Court's Order, the government provided to the defense what can modestly be described as a plethora of information on May 12.  Although a significant amount of time has to date been committed to reviewing those materials, because of their sheer magnitude, many more man hours still need to be expended before that review is complete.  Simultaneously, the defense "team" is further conducting the mitigation investigation envisioned by the ABA Guidelines.[3]

---

later that day.  During her aborted visit, however, she spoke with the lieutenant supervising the Secured Housing Unit, who advised that Mr. Santiago-Ruiz's mental condition has not noticeably changed.

[3] *See* commentary to Guideline 10.7.

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| MICHAEL CARUSO | MICHAEL CARUSO |
| FEDERAL PUBLIC DEFENDER | FEDERAL PUBLIC DEFENDER |
| By: *s/Hector Dopico* | By: *s/Eric Cohen* |
| Hector A. Dopico | Eric M. Cohen |
| Florida Bar No.: 161380 | Florida Bar No. 328065 |
| 150 W. Flagler Street, Suite 1700 | 150 W. Flagler Street, Suite 1700 |
| Miami, Florida 33130-1556 | Miami, Florida 33130-1556 |
| Tel: (305) 533-4255 | Tel: (305) 533-4191 |
| Fax: (305) 536-4559 | Fax: (305) 536-4559 |
| E-mail: Hector_Dopico@fd.org | E-Mail: Eric_Cohen@fd.org |

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
BY:   *s/ Sowmya Bharathi*
Sowmya Bharathi
Supervisory Assistant Federal Public Defender
Florida Bar No. 81676
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559
Email: Sowmya_Bharathi@fd.org

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
BY:    s/Ayana N. Harris
Ayana N. Harris
Assistant Federal Public Defender
Florida Bar No. 537624
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559
E-mail: ayana_harris@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2017, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

    s/ Eric M. Cohen
Eric M. Cohen