Santiago
Debbie Holcombe
to:
ToniAnn_Jacoby@flsd.uscourts.gov
06/10/2017 11:56 AM
Hide Details
From: Debbie Holcombe <Debbie.Holcombe@cherokee.k12.ga.us>
To: "ToniAnn_Jacoby@flsd.uscourts.gov" <ToniAnn_Jacoby@flsd.uscourts.gov>
History: This message has been forwarded.

I want to know why the 5 families that he affected were not asked how we felt about postponing the trial!  As the daughter of Olga M. Woltering, I am very disappointed that we were not notified about the change of trial dates.  We need closure, not postponement.  My father who is 91 is dealing with the horror of rolling her over that day and seeing her.  It's not fair, life is not fair and our court systems need to consider the victims families left with living daily with their memories from January 6, 2017.

Debbie Woltering Holcombe