UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-60022-CR-BLOOM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ESTEBAN SANTIAGO-RUIZ,
        Defendant.
_____/

### DEFENDANT SANTIAGO-RUIZ'S STATUS REPORT

The Defendant, Esteban Santiago-Ruiz, through undersigned counsel, files this Status Report addressing issues likely to be raised at the Status Conference scheduled for September 28, 2017, and states that:

*Competence*

For almost three months after the last Status Conference, Mr. Santiago-Ruiz's defense team reduced its weekly visits with the Defendant from two to one. That decision was based in substantial part on their continued observations – confirmed by records obtained from the Federal Detention Center – that Mr. Santiago-Ruiz was able to both understand the nature and severity of the instant proceedings and to assist counsel in their preparation for both phases of trial. See 18 U.S.C. § 4241(a). Recently, multiple weekly visits – including by the defense's mental health consultant – have resumed as the Defendant has begun declining his antipsychotic medication. There has not, however, been any discernable change in Mr. Santiago-Ruiz's behavior during that time and the undersigned remain

1

confident of the Defendant's continued competence to proceed. Counsel are of course cognizant of their responsibility to raise the issue of competence *if* their client's condition deteriorates to a state where he can no longer do so.

## *Discovery*

On August 11, 2017 and August 18, 2017, the undersigned received attachments to the government's third and fourth supplemental discovery responses, respectively. (DE 51 and 52) Those items are currently being reviewed. The defense does not know what – if any – discovery remains outstanding. The government will of course be better able to address that issue at the Status Conference.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER<br>By: *s/Hector Dopico*<br>Hector A. Dopico<br>Florida Bar No.: 161380<br>150 W. Flagler Street, Suite 1700<br>Miami, Florida 33130-1556<br>Tel: (305) 533-4255<br>Fax: (305) 536-4559<br>E-mail: Hector_Dopico@fd.org | MICHAEL CARUSO<br>FEDERAL PUBLIC DEFENDER<br>By: *s/Eric Cohen*<br>Eric M. Cohen<br>Florida Bar No. 328065<br>150 W. Flagler Street, Suite 1700<br>Miami, Florida 33130-1556<br>Tel: (305) 533-4191<br>Fax: (305) 536-4559<br>E-Mail: Eric_Cohen@fd.org |

Respectfully Submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
BY:   *s/ Sowmya Bharathi*
Sowmya Bharathi
Florida Bar No. 81676
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559
Email: Sowmya_Bharathi@fd.org


Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER
BY:    s/Ayana N. Harris
Ayana N. Harris
Assistant Federal Public Defender
Florida Bar No. 537624
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000/Fax: 305-536-4559
E-mail: ayana_harris@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.


　　　　　　　　　　　　　　　　　　　　　 s/ Eric M. Cohen
　　　　　　　　　　　　　　　　　　　　Eric M. Cohen

3