UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60022-CR-BLOOM

**UNITED STATES OF AMERICA**,

 Plaintiff,

vs.

**ESTEBAN SANTIAGO-RUIZ**.

 Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court following a status conference held on September 28, 2017.  Being fully advised and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** that the Defendant shall file all medical records and FDC documents to the Court under seal by **Tuesday, October 10, 2017**.  Trial is currently set for the two-week period commencing on **Monday, January 22, 2018** and Calendar Call on **January 16, 2018.**  The interests of justice served by a continuance outweigh any interest of the public or these Defendants in a speedy trial.  As a result, the period of delay resulting from this status conference September 28, 2017, to and including the date of the next status hearing on November 3, 2017 ─ is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. § 3161.

THE ABOVE CAUSE is hereby set for a <u>**Status Conference** on **Friday, November 3, 2017 at 1:30 p.m.**</u> <u>at the Wilkie D. Ferguson, Jr. Courthouse, 400 North Miami Avenue,</u> <u>Courtroom 10-2, Miami, Florida 33128</u>.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

**CASE NO. 17-60022-CR-BLOOM**

cc: counsel of record