UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60022-CR-BLOOM

UNITED STATES OF AMERICA

vs.

ESTEBAN SANTIAGO-RUIZ,

    **Defendant.**
_____/

### GOVERNMENT'S EIGHTH SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Eighth Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.
    5.    Books, papers, documents, photographs, tangible objects, and visual depictions of victims, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant are attached.[1] Additional discovery materials potentially relating to the charged offenses are attached. Although some of these materials are not discoverable, the government is providing them to the defense as a courtesy.

    Wherever the words "are/is attached" are used in this discovery response, they mean that the discovery materials have been provided to the defense counsel and/or are available for inspection and copying. The attachments to this discovery response are not necessarily copies of all the books, papers, physical evidence, documents, etc., that the government may intend to introduce at trial.

---

[1] Attached are additional materials received in response to subpoenas, as well as analysts' reports of examination of digital devices seized in this case and financial records.

  B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The attachments to this response consist of one disc labeled Disc #21 containing discovery materials. The table of contents provided to defense counsel details the contents of the disc. Please contact the undersigned Assistant United States Attorney if any discovery materials are missing.

          Respectfully submitted,

          BENJAMIN G. GREENBERG
          ACTING UNITED STATES ATTORNEY

     By: *s/ Ricardo A. Del Toro*
       RICARDO A. DEL TORO
       Assistant United States Attorney
       National Security Section
       Florida Bar No. 0957585
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9182
       Fax: (305) 536-4675
       "Ricardo.Del.Toro@usdoj.gov"

cc: SAs Michael Ferlazzo, Mathew Schempp

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed by CM/ECF on November 9, 2017.

          *s/ Ricardo A. Del Toro*
          RICARDO A. DEL TORO
          Assistant United States Attorney