*Dear Judge Beth Bloom,*

Ma'am I wanted to write you, I felt compelled to write you, I read that you are residing over the case for Esteban Santiago-Ruiz. I can understand how difficult this case must be to judge over. I understand that you haven't decided if you will seek the death penalty yet. I am not here to tell you one way or the other of course but yet give you my insight into my research. If you want to throw away my letter I promise you I won't be hurt one bit but I simply wanted to write you nonetheless Ma'am. This ruthless monster wanted attention and he got it so the hard decision is do we let him live or do we kill him? But does he want death? Does he believe once he dies he receives 72

virgins? It's a tough question. My research I'm doing for a book, "Pen Pals" basically why serial killers do the things the do. I've found out most of them end up hating life even more if they get life. If they get the death penalty it's like a cheap escape. They want to die, but living is like a living hell for them. I know it's hard to believe, even for me to think living would be a worse life than death but for most of these guys it really is. But for some it's not like that but I'd say most it's like this. I don't envy your decision one bit, I find it to be a very difficult one. If I had to make it myself I don't know if I could make it, so I respect you for this responsibility. A few people will not though and they are weak minded, they will never be able to understand the pressure

you are under, for that I am sorry. In closing thank you for all you to for this country you are not thanked enough. God Bless.

V/R

Andrew K Campbell

217-316-3511

3305 Crestview Drive

Quincy, Illinois 62301

*Andrew Campbell*

Andrew Campbell
3305 Crestview Drive
Quincy, Illinois 62301



The Honorable Judge Beth Bloom
Fort Lauderdale Chambers:
United States Courthouse
299 East Broward Boulevard, Chambers 207B
Fort Lauderdale, Florida 33301