January 10, 2024

**Via Email & USPS Priority Mail**

Office of Miami-Dade County District Judge Beth Francine Bloom
400 N Miami Ave Rm 10-2
Miami, FL 33128-1807

FILED BY ___AC___ D.C.
JAN 1 6 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE:   Allegations in Case # **4:23-cv-01013 USDC Southern District of Texas Houston Division** and connection to **Esteban Santiago-Ruiz** (a former Defendant in in your courtroom)

Dear Judge Bloom, I hope that this letter finds you doing well.

We are a news/media platform that analyzes legal cases and we felt compelled to let your courtroom know about that the allegations of "organized harassment" in case # **4:23-cv-01013 USDC Southern District of Texas Houston Division**. Per our investigation, we are of the opinion that the alleged organized harassment tactics were used on Esteban Santiago-Ruiz (a former Defendant in your courtroom). It would also appear that the apparatus listed in the aforementioned complaint has a South Florida component that operates specifically at and around the Fort-Lauderdale Hollywood International Airport area.

With all sincerity,

H. Vanderbilt Alexander on Behalf of HHL International
524 NW 101 Street Apt C3
Miami Shores FL 33150

**H. VANDERBILT**
*Alexander*



UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not c… …ils regarding claims exclusions see the Domestic Mail Manual
** See International M… ….com for availability and limitations of coverage.

FLAT RA… …LOPE

ONE RATE ■ AI…

TRACKE… …ED

PS00001…

EXPECTED DELIVERY DAY: 01/16/24

USPS TRACKING® #

9505 5163 1767 4013 9866 80

…4F October 2023
12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH

how2recycle.info

33128

$9.65

RDC 03 0 Lb 1.60 Oz R2304H107859-11

PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

H. Vanderbilt Alexander
524 N.W 101 Street
Apt C3
Miami Shores, FL 33150

TO: Office of Miami Dade County
District Judge Beth Bloom
400 N. Miami Ave Rm 10-2
Miami, FL 33128

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.